# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 07, 2013

Mr. David Bruce Salmons
Bingham McCutchen, L.L.P.
2020 K. Street, N.W.
Washington, DC 20006-0000

    No. 12-30883   In Re:  Deepwater Horizon
                     USDC No. 2:10-MD-2179
                     USDC No. 2:10-CV-4536

Your electronically filed brief has been reviewed and is
sufficient.

You must submit the seven paper copies of your brief required by
5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant
to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies will
result in the dismissal of your appeal pursuant to 5th Cir. R.
42.3.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Sabrina B. Short*
       By:_____
                    Sabrina B. Short, Deputy Clerk
                    504-310-7817

cc:  Mr. Aditya Bamzai
     Mr. Jeffrey Bossert Clark Sr.
     Mr. James Joseph Dragna
     Ms. Ellen J. Durkee
     Mr. Robert R. Gasaway
     Mr. Richard Cartier Godfrey
     Mr. Don Keller Haycraft
     Mr. Stephen Jay Herman
     Mr. Bryan Michael Killian
     Mr. James Andrew Langan
     Mr. Aaron Llyod Nielson
     Mr. James Parkerson Roy
     Mr. Stephen Sidney Schwartz
     Ms. Maggie B. Smith
     Mr. Michael Butler Wigmore